**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISMAEL TERRERO-TERRERO, | : | Civil No. 1:26-CV-00948 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN FCI ALLENWOOD LOW, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 21st day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition filed under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** the case.

<div style="margin-left:40%">

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

</div>